| | | |
|---|---|---|
| JOSHUA F. McMAHON*◊+ _____ | **LAW OFFICES OF**<br>**JOSHUA F. McMAHON**<br>LIMITED LIABILITY COMPANY<br>350 Springfield Avenue<br>Suite 200<br>Summit, New Jersey 07901<br>T: 908-608-8483<br>F: 908-935-0822<br><br>Email: JOSH@JOSHUAMCMAHON.COM<br>_____ | *Certified by the Supreme Court<br>of New Jersey as a Criminal Trial<br>Attorney<br>_____<br>+Member of the N.J. Bars<br>◊Member of the N.Y. Bars |

January 22, 2021

Dear Sir or Madam:

We are pleased to let you know that the Law Offices of Joshua F. McMahon will be moving on February 1, 2021.

Our new contact information is:

> Law Offices of Joshua F. McMahon
> 350 Springfield Avenue
> Suite 200
> Summit, New Jersey 07901
> (O): 908-608-8483
> (F): 908-935-0822

I hope you and your families have had a safe and happy holiday season.  Be well.

> Very truly yours,
>
> **LAW OFFICES OF JOSHUA F. McMAHON**
>
> By: ___*/s/Joshua F. McMahon*_____
>      Joshua F. McMahon

JFM/sab