**JASON M. SANTARCANGELO, ESQ. (JS4492)**
**SANTARCANGELO LAW, L.L.C.**
**80 PARK STREET, SUITE 2A**
**MONTCLAIR, NJ 07042**
**PHONE: (973) 233-5815**
**FAX: (888)-852-6651**
**ATTORNEY FOR DEFENDANTS**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TATYANA PERRONE,<br><br>Plaintiff<br><br>v.<br><br>BIBI METABOLIC AND BARIATRIC SERVICES, LLC D/B/A WEIGHT LOSS AND WELLNESS CENTER, SANIEA MAJID, ALI AHMAD, JOHN DOES 1 though 10, AND ABC CO. 1 though 10<br><br>Defendant. | Civil Action No.: 2:20-cv-10587-MCA-LDW<br><br>**CIVIL ACTION**<br><br>**NOTICE OF MOTION TO WITHDRAW AS COUNSEL** |

TO:   Thomas H. Andrykovitiz, Esq.
      260 Madison Avenue, 15th Floor
      New York, NY 10017
      *Attorney for Plaintiffs*

      Joshua F. MaMahon, Esq.
      123 South Avenue East
      Westfield, New Jersey 07090
      *Attorney for Plaintiffs*

**PLEASE TAKE NOTICE THAT**, in accordance with Local Civil Rule 102.1, on December 6, 2021, or as soon thereafter as counsel may be heard, Santarcangelo Law, LLC will move before the Honorable Madeline C. Arleo, United States District Judge, at the United State District Court, Frank R. Lautenberg US Post Office & Courthouse, Court Room MLK 4A, Newark, New Jersey, 07102, for an Order permitting them to withdraw as counsel for the Defendants.

**PLEASE TAKE FURTHER NOTICE THAT** in support of this motion, Defendants will rely on the accompanying Memorandum of Law and the *in camera* declaration of Jason M. Santarcangelo, Esq.

**PLEASE TAKE FURTHER NOTICE THAT**, to the extent that the Court requires additional information to decide this motion, the undersigned respectfully request that the Court schedule an

*in camera* hearing before Judge Wettre, outside presence of all other parties, to ensure that the confidentiality of our clients' information is preserved as required by New Jersey RPC 1.6.

      A proposed form of order is submitted along with this motion.

                                SANTARCANGELO LAW, L.LC

                                _____
                                JASON M. SANTARCANGELO, ESQ.
                                80 Park Street, Suite 2A
                                Montclair, New Jersey 07042
                                Attorney for Defendants

Date: November 4, 2021

**CERTIFICATE OF SERVICE**

  On November 4, 2021, I served a copy of this motion on all counsel of record using the Court's ECF system.

         SANTARCANGELO LAW, L.LC


         _____
         JASON M. SANTARCANGELO, ESQ.
         Attorney for Defendants