**JASON M. SANTARCANGELO, ESQ. (JS4492)**
**SANTARCANGELO LAW, L.L.C.**
**80 PARK STREET, SUITE 2A**
**MONTCLAIR, NJ 07042**
**PHONE: (973) 233-5815**
**FAX: (888)-852-6651**
**ATTORNEY FOR DEFENDANTS**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TATYANA PERRONE,<br><br>Plaintiff<br><br>v.<br><br>BIBI METABOLIC AND BARIATRIC SERVICES, LLC D/B/A WEIGHT LOSS AND WELLNESS CENTER, SANIEA MAJID, ALI AHMAD, JOHN DOES 1 though 10, AND ABC CO. 1 though 10<br><br>Defendant. | Civil Action No.: 2:20-cv-10587-MCA-LDW<br><br><u>**CIVIL ACTION**</u><br><br>**CERTIFICATION OF SERVICE OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS BY SANTARCANGELO LAW, LLC** |

I, Jason M. Santarcangelo, declare:

1) I am an attorney at law licensed to practice law in the State of New Jersey and in this Court. I am the sole member of Santarcangelo Law, LLC. Santarcangelo Law, LLC is counsel for Bibi Metabolic and Bariatric Services, LLC d/b/a Weight Loss and Wellness Center, Saniea Majid, Ali Ahmad (collectively "Defendants") in this matter.

2) On November 4, 2021, I filed a motion to withdraw as counsel in this case.

3) On November 4, 2021 I emailed copies of the motion to withdraw, *in camera* declaration and accompanying brief to each of the firm's individual clients, who also constitute constorl persons for the legal entities that I represent, at the following email addresses:

    Dr. Saniea Majid - majid@XXXXXX.com

    Dr. Ali Ahmad - aa290@ XXXXXX.com

4) I have advised my clients of their right to be heard by the Court on this motion.

I declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the above information is true to the best of my knowledge.

_____
JASON M. SANTARCANGELO, ESQ.

Date: November 4, 2021